| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Green v. State | 20A03–1702–CR–374 | 07/20/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Petre v. Petre | 17A03–1612–DR–2719 | 07/20/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Chupp v. Knight | 48A04–1610–MI–2381 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Celio v. State | 30A05–1609–CR–2124 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Lambert v. Koenig Equipment, Inc. | 35A05–1612–PL–2775 | 07/20/2017 | FRIEDLANDER, Sr.J.<br>RILEY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 49A04–1610–CR–2416 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| P.W. v. State | 66A05–1702–JV–408 | 07/21/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| McAllister v. State | 41A04–1701–CR–46 | 07/21/2017 | BARTEAU, Sr.J.<br>BAILEY, J.<br>ROBB, J. | Dismissed<br>Concurs<br>Concurs |
| Premore v. State | 20A05–1609–CR–2250 | 07/21/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs in result with opinion |
| Elliott v. State | 71A04–1701–CR–95 | 07/21/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Banks v. State | 02A05–1701–CR–55 | 07/21/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| L.J. v. J.J. | 64A03–1608–AD–1886 | 07/24/2017 | BRADFORD, J. | We grant Birth Mother's petition for rehearing in |

| Case | Number | Date | Judge | Disposition |
|------|--------|------|-------|-------------|
| | | | | part and consequently affirm the judgment of the adoption court in all respects |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Cronin v. State | 62A01–1703–PC–624 | 07/24/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| H.J. v. State | 49A02–1609–JV–2034 | 07/25/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Neville v. State | 49A02–1606–CR–1447 | 07/25/2017 | KIRSCH, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| L.M. v. State | 47A04–1612–JV–2789 | 07/25/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Klenner v. Klenner | 41A01–1701–DR–71 | 07/25/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Mituski v. State | 84A04–1611–CR–2725 | 07/25/2017 | KIRSCH, J. | Affirmed in part and remanded in part |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| James v. State | 71A03–1702–CR–380 | 07/25/2017 | NAJAM, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Sexton v. State | 43A05–1703–CR–630 | 07/25/2017 | BROWN, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | KIRSCH, J. | Concurs |
| Brown v. State | 02A05–1612–CR–2917 | 07/25/2017 | KIRSCH, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Merida v. State | 69A05–1703–PC–637 | 07/26/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |